# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D20-1624

———————————————

JOHN ALEX GODWIN,

Appellant,

v.

HEATHER MCKAMEY,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

September 15, 2020

PER CURIAM.

Upon consideration of Appellant's response to the Court's show cause order of June 23, 2020, the Court has determined that the notice of appeal failed to timely invoke the Court's jurisdiction. *See Wagner v. Bieley, Wagner & Assocs., Inc.*, 263 So. 2d 1 (Fla. 1972); *Ward v. Bragg*, 957 So. 2d 670, 671 (Fla. 1st DCA 2007); *Deal v. Deal*, 783 So. 2d 319, 321 (Fla. 5th DCA 2001) (dismissing appeal of nonfinal order because rendition was not suspended by motion for rehearing).

MAKAR, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Alex Godwin, pro se, Appellant.

No appearance for Appellee.